**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACE L. SANDOVAL,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>WENDY LYON<br><br>　　　　　　　　　　Defendant. | CASE NO. 09cv2218 JM(BLM)<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

Over the past several years, Plaintiff Grace L. Sandoval has filed in excess of 60 separate actions in this district. 08cv1297, 08cv1621, 08cv1623, 08cv1853, 98cv1854, 08cv1868, 08cv1870, 08cv1944, 08cv2004, 08cv2005, 08cv2057, 08cv2104, 08cv2105, 09cv0269, 09cv0422, 09cv423, 09cv0424, 09cv0437, 09cv0438, 09cv0455, 09cv0456, 09cv0475, 09cv0476, 09cv582, 09cv585, 09cv586, 09cv1232, 09cv1507, 09cv1508, 09cv1515, 09cv1520, 09cv1524, 09cv1526, 09cv2122, 09cv2141, 09cv2148, 09cv2204, 09cv2205, 09cv2206, 09cv2217, 09cv2218, 08cv1622, 09cv0477, 09cv0478, 09cv493, 09cv1506, 09cv1849, 09cv0491, 08cv1848, 08cv1869, 08cv2151, 09cv0588, 09cv0600, 09cv0441, 09cv0454, 09cv0474, 09cv0492, 09cv0494, 09cv0495, 09cv0583, 09cv0642, 09cv1514. Each action was brought in propria persona and in forma pauperis. Each appears to have been dismissed as frivolous or for failure to state a claim. The present complaint fairs no better. Plaintiff alleges that Defendant Wendy Lyon, in concert with numerous other individuals, including O. J. Simpson, are involved in stealing cars, organized crime, rape and murder. In some indiscernible manner, they were also allegedly involved in an automobile crash involving her vehicle. Pursuant to

28 U.S.C. §1915(e) the court dismisses the complaint at bar as frivolous and for failure to state a claim.

The Clerk of Court is instructed to dismiss the action without prejudice as frivolous and for failure to state a claim. Until Plaintiff pays the filing fee or demonstrates an imminent danger of serious physical injury, the Clerk of Court is instructed to reject for filing any further documents from Plaintiff in this case.[1]  The court also denies Plaintiff's motion to proceed in forma pauperis and for appointment of counsel as moot.

**IT IS SO ORDERED.**

DATED: October 19, 2009

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

---

[1] The court notes that this order precluding Plaintiff from further filings in this case is a drastic and extraordinary step warranted under the circumstances. A review of many of Plaintiffs filings indicate that even after the dismissal of the complaint as frivolous or for failure to state a claim, Plaintiff continues to send letters or other documents to the district court judge or magistrate judge assigned to the case.